THE STATE OF FLORIDA EX REL. ATTORNEY-GENERAL, PLAINTIFF IN ERROR, VS. GEORGE SLOCUM, DEFENDANT IN ERROR.

By written agreement of counsel for the respective parties, the decision of this court in the case of State *ex rel.* Attorney-General 'vs. Dennis Burns shall govern the decision in this case, and the same order shall be entered herein as in the case mentioned. It is, therefore, ordered that a judgment be entered in this case similar to that entered in the case of State *ex rel.* Attorney-General vs. Dennis Burns, decided at this term.

*Per Curiam.*